# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RUBEN JOHNATHAN MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:23-cv-00856-LSC-JHE |
| DENNIS GREEN, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

Plaintiff Ruben Johnathan Morgan filed a *pro se* complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). On June 24, 2024, the magistrate judge entered a report recommending the court deny the plaintiff's request for injunctive relief and dismiss this action for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 14). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), the plaintiff's

request for injunctive relief is due to be denied, and this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** on July 16, 2024.

_____
L. Scott Coogler
United States District Judge

160704